IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK ELFERS, derivatively on behalf
of ABBVIE, Inc.,

      *Plaintiff*,

v.                                                           No. 1:20-cv-00213-SB

RICHARD A. GONZALEZ, et al.,

      *Defendants*, and

ABBVIE, Inc.,

      *Nominal defendant*.

## ORDER

For the reasons given in the accompanying opinion, I order that:

The defendants' Motion to Dismiss (D.I. 8) is **GRANTED**. Elfers's claims are **DISMISSED WITHOUT PREJUDICE**.

If Elfers wishes to file an amended complaint, he must do so within thirty days of this order.

Dated: December 10, 2020

_____
UNITED STATES CIRCUIT JUDGE